RECEIVED
Nov 16 '06

CHAMBERS COPY

E-Filing
FILED

NOV 2 1 2006

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  SHAWNA YEN (CASBN 224447)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5054
7  Facsimile:  (408) 535-5066
   Email:  shawna.yen2@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,         )   CR 06-00747 JW
                                      )
14           Plaintiff,               )   [Proposed]
                                      )   ORDER CONTINUING CASE AND
15      v.                            )   EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
16  RICHARD STEPHEN GILGEN,           )
                                      )
17           Defendant.               )
    _____)
18

19       This matter came before the Court for an initial appearance and arraignment on the

20  Indictment on Thursday, November 16, 2006. Counsel for the government and the defendant

21  were present.  At the conclusion of the hearing, and at the request of the parties, the Court ruled

22  as follows:

23       IT IS HEREBY ORDERED that this case is continued to January 22, 2007 at 9:00 a.m.

24  for an initial status conference before the district court.

25       IT IS FURTHER ORDERED that the period of time from November 16, 2006 and

26  including January 22, 2007 shall be excluded from the period of time within which trial must

27  commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United

28

1    States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).

2    The Court finds that the ends of justice served by this continuance outweigh the best interests of

3    the public and the defendant in a speedy trial because the defense counsel is involved in a state

4    trial that is expected to continue for several more weeks, and he will need an opportunity to

5    receive and review and discovery in this case before the next court date.  Accordingly, the

6    exclusion of time is required for the effective preparation of counsel and continuity of counsel.

7         For the foregoing reasons, the Court finds that the interests of justice in granting this

8    continuance outweigh the defendant's and the public's interests in a speedy trial.

9         Dated this 21ˢᵗ day of November, 2007.

10

11                                RICHARD SEEBORG
                                  United States Magistrate Judge
12

13
     Copies to be served on:
14
     SHAWNA YEN
15   Assistant U.S. Attorney
     150 Almaden Boulevard, Suite 900
16   San Jose, CA 95113

17   RICHARD POINTER
     2007 West Hedding Street, Suite 100
18   San Jose, CA 95128

19

20

21

22

23

24

25

26

27

28

                                        2