1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4

5  Attorneys for Defendant
   **RICHARD GILGEN**
6

10            UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,        )   NO: CR-06-00747 (JW)
                                     )
14            Plaintiff,             )   STIPULATION AND (~~PROPOSED~~)
                                     )   ORDER FOR CONTINUANCE
15            vs.                    )   OF STATUS HEARING
                                     )
16  RICHARD GILGEN,                  )
                                     )
17            Defendant.             )
                                     )
18

   Defendant, Richard Gilgen, through counsel Richard P. Pointer and the United States through Shauna Yen hereby stipulate to the continuance of the status hearing from January 22, 2007, to March 5, 2007, at 1:30 p.m.

   It is agreed between the parties that the following reasons exist for this stipulation:

   (1) Defense counsel is in trial in state court in the matter of <u>People vs. Joe Jesse Ruiz, case number: CC513151.</u>

   (2) Defense counsel has spoken with Mr. Gilgen and he is agreement in having the status conference continued.

   The government and defense stipulate that the factors stated above provide a basis for an

---

Stipulation and (Proposed) Order For
Continuance of Status Hearing                       1

1 | exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. Section 3161 (h)(8)(B)(iv) in that the
2 | ends of justice outweigh the public interest in an earlier trial date.

Respectfully submitted,

Dated: January 19, 2007

_____
Richard P. Pointer
Attorney for Richard Gilgen

Dated: January 19, 2007

_____
Shauna Yen
Assistant United States Attorney

---

Stipulation and (Proposed) Order For
Continuance of Status Hearing                2

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**RICHARD GILGEN**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>            Plaintiff,                          )<br>                                                      )<br>      vs.                                         )<br>                                                      )<br>RICHARD GILGEN,                      )<br>                                                      )<br>            Defendant.                      )<br>_____) | NO: CR-06-00747 (JW)<br><br>ORDER FOR CONTINUANCE |

Based on the stipulation of the parties and good cause shown,

THE COURT HEREBY ORDERS that the status hearing appearance scheduled for January 22, 2007 is continued to March 5, 2007, at 1:30 p.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from January 22, 2007 to March 5, 2007. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

Dated: __Jan 22 2007__                                          _____
                                                                                    JAMES WARE
                                                                                    United States Magistrate Judge

Stipulation and (Proposed) Order For
Continuance of Status Hearing                          3