1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 146-1051
4
   Attorneys for Defendant
5  RICHARD GILGEN

**FILED**

MAR 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO: CR-06-00747 (JW) |
|---|---|
| Plaintiff, | |
| vs. | **TRAVEL ORDER** |
| RICHARD GILGEN, | |
| Defendant. | |

Upon application by Richard Gilgen, by and through his attorney of record, Richard P. Pointer, the court hereby grants Mr. Gilgen's travel order request for the following dates:

a.  To Phoenix, Arizona, from April 2, 2007, to April 7, 2007 to attend a seminar; and

b.  To Los Angeles, California from May 3, 2007 to May 6, 2007 to attend a seminar.

All other conditions of Mr. Gilgen's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: March 26, 2007

_____
RICHARD SEEBORG
Magistrate Judge of the United States District Court

2