**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:    (408) 246-1051

Attorneys for Defendant
**RICHARD GILGEN**

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>             Plaintiff,                              )<br>                                                              )<br>       vs.                                               )<br>                                                              )<br> RICHARD GILGEN,                           )<br>                                                              )<br>             Defendant.                         )<br>_____) | NO: 06-00747-JW<br><br>STIPULATION AND (~~PROPOSED~~)<br>ORDER FOR CONTINUANCE<br>OF SENTENCING DATE |

　　　　Defendant, Richard Gilgen, through counsel Richard P. Pointer and the United States through Shauna Yen hereby stipulate to the continuance of the sentencing hearing from September 10, 2007, to October 15, 2007, at 1:30 PM

　　　　It is agreed between the parties that the following reasons exist for this stipulation:

　　　　(1) Due to a calendering error defendant missed his presentence interview.  The presentence interview has been rescheduled for August 8, 2007

　　　　(2) All parties are in agreement in having the sentencing hearing continued to October 15, 2007, at 1:30 PM .

Dated: July 27, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard P. Pointer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Richard Gilgen

Dated: July 27, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Shauna Yen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4
   Attorneys for Defendant
5  **RICHARD GILGEN**

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Ware]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: 06-00747 (JW) |
| Plaintiff, ) | |
| ) | ORDER FOR CONTINUANCE |
| vs. ) | |
| RICHARD GILGEN, ) | |
| Defendant. ) | |

Accordingly, for good cause shown,

the court HEREBY ORDERS that the sentencing hearing scheduled for September 10, 2007 is continued to October 15, 2007, at 1:30 PM   This is the parties' final continuance.

SO ORDERED.

Dated: July  _30_ , 2007

_____
JAMES WARE
United States Judge

---

Stipulation and (Proposed) Order for
Continuance of Sentencing Hearing            2