**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**RICHARD GILGEN**

DENIED
/s/ James Ware
Judge James Ware
10/12/2007

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>       Plaintiff,                             )<br>                                                         )<br>              vs.                                   )<br>                                                         )<br>RICHARD GILGEN,                      )<br>                                                         )<br>       Defendant.                         )<br>_____) | NO: 06-00747-JW<br><br>STIPULATION AND (PROPOSED)<br>ORDER FOR CONTINUANCE<br>OF SENTENCING DATE |

     Defendant, Richard Gilgen, through counsel Richard P. Pointer and the United States through Shauna Yen hereby stipulate to the continuance of the sentencing hearing from October 15, 2007, to November 13, 2007, at 1:30 p.m.

     It is agreed between the parties that the following reasons exist for this stipulation:

     (1) Defense counsel has commenced trial in the matter of <u>People vs. Jesus Guerrero and Marco Marquez</u> (case number: CC515136) before the Honorable John Herlihy in Sant Clara County.

     (2) All parties are in agreement in having the sentencing hearing continued to November 13, 2007, at 1:30 p.m..

Dated: October 11, 2007                                              /s/
                                                                                    Richard P. Pointer
                                                                                    Attorney for Richard Gilgen

Dated: October 11, 2007                                              /s/
                                                                                    Shawna Yen
                                                                                    Assistant United States Attorney

Stipulation and (Proposed) Order for
Continuance of Sentencing Hearing                        1

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**RICHARD GILGEN**



10/12/2007

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE FACILITY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: 06-00747 (JW) |
| Plaintiff, ) | |
| ) | ORDER FOR CONTINUANCE |
| vs. ) | |
| RICHARD GILGEN, ) | |
| Defendant. ) | |

   The parties' have previously continued this matter.  The Court DENIES the parties' second request for continuance.  The current request does not reference the start date of trial or the length of trial.  The Court requests the parties appearance for Sentencing set for October 15, 2007 at 1:30 PM

   SO ORDERED.

Dated: October   12, 2007

_____
JAMES WARE
United States



---
Stipulation and (Proposed) Order for
Continuance of Sentencing Hearing                    2