SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00747 JW |
|         Plaintiff, ) | |
|         v. ) | STIPULATION REGARDING NUMBER OF IMAGES AND CANCELLATION OF EVIDENTIARY HEARING [PROPOSED] ORDER |
| RICHARD STEPHEN GILGEN, ) | |
|         Defendant. ) | |

      This case came before the Court on October 15, 2007 for a sentencing hearing. At that time, counsel for the defendant requested additional time to submit a sentencing memorandum and to contest the government's position that a five-level enhancement for over 600 images, pursuant to U.S.S.G. § 2G2.4(b)(5)(D), should be applied in this case. At the government's request, the Court set an evidentiary hearing on November 7, 2007 at 1:30 p.m. to address this contested issue of fact. The Court also set a final sentencing hearing for November 19, 2007 at 1:30 p.m.

      The parties hereby stipulate that the defendant possessed on his computer, over 600 images that constitute visual depictions of one or more minors engaged in sexually explicit conduct. Because there is no longer a disputed issue of fact, the parties stipulate that the

November 7, 2007 evidentiary hearing should be taken off calendar.

The parties further agree, however, that the defendant reserves his right, to make any and all legal challenges to the applicability of any enhancement under U.S.S.G. § 2G2.4(b)(5) for any number of images exceeding the "at least 10 but fewer than 150 images" that was agreed to in the plea agreement.

Respectfully submitted,

Dated: 11/1/07                    SCOTT N. SCHOOLS
                                  UNITED STATES ATTORNEY

                                  /S/
                                  _____
                                  SHAWNA YEN

Dated: 11/1/07
                                  /S/
                                  _____
                                  RICHARD POINTER, ESQ.
                                  Attorney for Richard Gilgen

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00747 JW |
|    Plaintiff, ) | [PROPOSED] ORDER ACCEPTING THE PARTIES' STIPULATION REGARDING NUMBER OF IMAGES AND CANCELLATION OF EVIDENTIARY HEARING |
|    v. ) | |
| RICHARD STEPHEN GILGEN, ) | |
|    Defendant. ) | |

Based on the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that, the Court accepts the stipulation of the parties that the defendant possessed on his computer, over 600 images that constitute visual depictions of one or more minors engaged in sexually explicit conduct.

IT IS FURTHER ORDERED that the evidentiary hearing currently scheduled for November 7, 2007 at 1:30 p.m. be taken off calendar.

The Sentencing is set for November 19, 2007 at 1:30 PM.

Dated: November 5, 2007

_____
JAMES WARE
United States District Judge

3