1    **RICHARD P. POINTER, ESQ., SBN: 86630**
     HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2    2007 W. Hedding Street, Suite 100
     San Jose, Ca 95128
3    Telephone:    (408) 246-5500
     Facsimile:    (408) 246-1051
4
     Attorneys for Defendant
5    **RICHARD GILGEN**

6

7                                                                  11/16/2007

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,          )    NO: 06-00747-JW
                                        )
12          Plaintiff,                  )    STIPULATION AND (PROPOSED)
                                        )    ORDER FOR CONTINUANCE
13          vs.                         )    OF SENTENCING DATE
                                        )
14   RICHARD GILGEN,                    )
                                        )
15          Defendant.                  )
     _____)
16

17          Defendant, Richard Gilgen, through counsel Richard P. Pointer and the United States through

18   Shauna Yen hereby stipulate to the continuance of the sentencing hearing from November 19, 2007,

     to December 10, 2007, at 1:30 p.m.
19
            It is agreed between the parties that the following reasons exist for this stipulation:
20
            (1) Defense counsel has commenced trial in the matter of <u>People vs. Anthony Uckele</u> (case
21
     number: CC633434) before the Honorable Paul Bernal in Santa Clara County.
22
            (2) All parties are in agreement in having the sentencing hearing continued to December 10,
23
     2007, at 1:30 p.m..
24
     Dated: November 16, 2007              _____/s/_____
25                                                  Richard P. Pointer
                                                    Attorney for Richard Gilgen
26
     Dated: November 16, 2007              _____/s/_____
27                                                  Shawna Yen
                                                    Assistant United States Attorney
28

     _____
     Stipulation and (Proposed) Order for
     Continuance of Sentencing Hearing            1

1 | **RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2 | 2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
3 | Telephone:    (408) 246-5500
Facsimile:    (408) 246-1051
4 |
Attorneys for Defendant
5 | **RICHARD GILGEN**

DENIED
Judge James Ware

11/16/2007

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE FACILITY

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | NO: 06-00747 (JW) |
|                                  ) | |
|              Plaintiff,          ) | |
|                                  ) | ORDER FOR CONTINUANCE |
|              vs.                 ) | |
|                                  ) | |
| RICHARD GILGEN,                  ) | |
|                                  ) | |
|              Defendant.          ) | |
| _____ ) | |

The Court DENIES the parties' stipulation to continue the scheduled sentencing hearing date. The parties are ordered to appear for the scheduled sentencing hearing set for November 19, 2007 at 1:30 PM.

        SO ORDERED.

Dated: November __16__, 2007

_____
JAMES WARE
United States Judge