**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br>Richard Gilgren<br>       Defendant. | No. CR 06-00747 JW<br><br>**ORDER - CJA CONTRIBUTIONS DUE**<br><br>**FILED**<br>OCT 1 2 2012<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

It appearing that the defendant is financially able to contribute to the cost of representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]  THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ _100_ PER MONTH, until the case is concluded or until further order of the Court, commencing:

[✓]  That certain date of _Nov 1st_ and the SAME DAY each month thereafter;

[X]  MAIL TO:  Clerk, U.S. District Court
            280 South First Street, Room 2112
            San Jose, CA 95113-3095

[ ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

[ ]  MAIL TO:  Clerk, U.S. District Court
            280 South First Street, Room 2112
            San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: _____

Howard R. Lloyd, U.S. Magistrate Judge